_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01778-JLS-DFM                                       Date: November 09, 2022

Title:  Porta-Fab Corporation v. Allied Modular Building Systems, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                  Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO FILE MEMORANDA OF CONTENTIONS OF FACT AND LAW**

On August 8, 2022, the Court continued the Final Pretrial Conference in this case from September 9, 2022, at 10:30 a.m., to November 18, 2022, at 10:30 a.m. for the parties to conduct a mediation and attempt to resolve the matter before trial.  (Doc. 48.)  On October 21, 2022, the parties filed a joint status report stating that the mediation did not lead to a settlement.  (Doc. 50.)

Pursuant to the Court's Civil Trial Order and Local Rule 16-4, counsel were required to serve and file their Memoranda of Contentions of Facts and Law no later than twenty-one (21) days before the final pretrial conference.  *See* C.D. Cal. L.R. 16-4; Civil Trial Order at 3, Doc. 26.  The Civil Trial Order expressly states that "[s]trict compliance with the requirements of the Federal Rules of Civil Procedure and the Local Rules is mandatory."  (Civil Trial Order at 3.)  Although these Memoranda were due by October 28, 2022, neither party has filed the document.

The parties are therefore ORDERED to show cause, in writing, why the Court should not dismiss this matter for failure to prosecute and/or issue sanctions for the failure to timely file the Memoranda of Contentions of Fact and Law.  Failure to respond adequately within five (5) days of this Order will result in dismissal of this action and/or

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  8:20-cv-01778-JLS-DFM | Date: November 09, 2022 |
| Title:  Porta-Fab Corporation v. Allied Modular Building Systems, Inc. | |

monetary sanctions.  Alternatively, a properly filed Notice of Dismissal will be sufficient to discharge this order to show cause.

                                              Initials of Deputy Clerk:  vrv