JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTA-FAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED MODULAR BUILDING SYSTEMS, INC. and GOOGLE LLC,<br><br>Defendants. | Case No. 8:20-cv-01778-JLS-DFM<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE (Doc. 52)** |
| ALLIED MODULAR BUILDING SYSTEMS, INC.,<br><br>Counter-Plaintiff,<br><br>vs.<br><br>PORTA-FAB CORPORATION,<br><br>Counter-Defendant. | |

## ORDER

Having considered the Joint Notice and Request for Dismissal without Prejudice (Doc. 52), IT IS HEREBY ORDERED that, pursuant to the joint request of both parties, this entire action shall be dismissed without prejudice as to all parties and claims, with each side to bear their own fees and costs.

IT IS FURTHER ORDERED that, by filing the aforementioned Joint Notice and Request for Dismissal without Prejudice, the Court hereby discharges the pending Order to Show Cause (Doc. 51).

IT IS SO ORDERED.

DATED: November 15, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE